| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Philip L. Fraietta (SBN 354768)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>*Telephone No:* (925) 300-4455<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4302 ChatGPT Wiretap | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* AMARGO COUTURE, individually and on behalf of all others similarly situated<br>*Defendant:* OPENAI GLOBAL, LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:26-cv-03000-H-GC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. *a. Party served:* OPENAI GLOBAL, LLC,
   *b. Person served:* Henry Liwag, intake specialist, authorized to accept for CT Corporation, Agent for Service of Process

4. *Address where the party was served:* 330 North Brand Boulevard, Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, May 26 2026 (2) at: 12:40 PM

6. ***Person Who Served Papers:***
   a. Douglas Forrest (5141, Los Angeles)
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   **d.** ***The Fee*** *for Service was:* $169.07

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

05/26/2026
*(Date)*

*(Signature)*