**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: 914-874-0710
Facsimile: 914-206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jwilner@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARGO COUTURE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI GLOBAL, LLC,<br><br>Defendant. | Case No. 3:26-cv-03000-H-GC<br><br>Hon. Marilyn L. Huff<br><br>**OPPOSITION TO NOTICE OF RELATED CASE** |

Plaintiff Amargo Couture ("Plaintiff") opposes Defendant OpenAI Global, LLC ("Defendant" or "OpenAI")'s Notice of Related Case (the "Notice") (ECF No. 11). Defendant purports to submit the Notice pursuant to Civil Local Rule 40.1(f) to notify the Court of *Lim v. OpenAI Global, LLC,* No. 3:26-cv-04063 (N.D. Cal.). But the *Lim* action, brought by a different Plaintiff, was terminated on May 15, 2026. As such, there is no action in the Northern District to transfer this case to. Further, Defendant's contentions that Ms. Couture is "judge shopping" are unfounded. Plaintiff resides in San Diego and is well within her rights to proceed with this action in her home District. *See* Compl. ¶ 6. The dismissal of an action by an entirely different party in a different forum has no bearing on those rights.

Dated: June 17, 2026

**BURSOR & FISHER, P.A**.

By:    */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel.: (914) 874-0710
Fax: (914) 206 3656
E-Mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jwilner@bursor.com

*Attorneys for Plaintiff*

1