# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARGO COUTURE, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>v.<br><br>OPENAI GLOBAL, LLC,<br><br>                                  Defendant. | Case No.:  26-cv-03000-H-GC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT**<br><br>[Doc. No. 13.] |

On July 16, 2026, Defendant OpenAI Global, LLC filed a motion to dismiss Plaintiff Amargo Couture's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (Doc. No. 13.)  On August 5, 2026, in lieu of filing an opposition to the motion to dismiss, Plaintiff filed a first amended complaint.  (Doc. No. 17, FAC.)  See Fed. R. Civ. P. 15(a)(1)(B); see Sanford v. Motts, 258 F. 3d 1117, 1120 (9th Cir. 2001) ("Fed. R. Civ. P. 15(a) gives a plaintiff one opportunity to amend as of right.").

In light of Plaintiff's amended pleading, the Court denies as moot Defendant's motion to dismiss the complaint without prejudice to Defendant moving to dismiss the first amended complaint.  See Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' . . .  Consequently, the

1

26-cv-03000-H-GC

Plaintiff's Second Amended Complaint superseded the First Amended Complaint, and the First Amended Complaint ceased to exist.  Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot . . . ." (citations omitted)).

**IT IS SO ORDERED.**

DATED: August 10, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

26-cv-03000-H-GC