**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AMARGO COUTURE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

OPENAI GLOBAL, LLC,

Defendants.

Case No.: 3:26-cv-03000-DMS-GC

**ORDER RE: ORAL ARGUMENT**

Plaintiffs' motion to dismiss is currently set for hearing on November 2, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the November 2, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated: October 27, 2026

Hon. Dana M. Sabraw
United States District Judge